*Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 787. ELY & WALKER DRY GOODS CO. *v.* UNITED STATES. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry J. Richardson, Frederic D. McKenney,* and *Thomas W. White* for petitioner. *Solicitor General Thacher, Assistant Attorney General. Youngquist, Messrs. Claude R. Branch, Sewall Key, Barham R. Gary,* and *Paul D. Miller* for the United States.

No. 793. FESLER *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. May 19. 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Walter L. Fisher* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, John H. McEvers,* and *W. Marvin Smith* for respondent.

No. 797. WRIGHT, COUNTY TREASURER OF SHAWNEE COUNTY, KANSAS, ET AL. *v.* CENTRAL NATIONAL BANK OF TOPEKA, KANSAS. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. A. B. Quinton* and *Eugene S. Quinton* for petitioners. *Messrs. John L. Hunt* and *S. M. Brewster* for respondent.

No. 798. BLACKBURN CONSTRUCTION CO. *v.* CEDAR RAPIDS NATIONAL BANK. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Stephen A. George* for peti-